No. 292. ECKER *v.* ATLANTIC REFINING CO. ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Kenneth C. Proctor* and *Francis D. Murnaghan, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Townsend, James D. Hill* and *George B. Searls* for the United States et al., and *Robert D. Bartlett* and *Roy W. Johns* for the Atlantic Refining Co., respondents.

No. 319. HAISLIP BAKING CO., INC. *v.* UNITED CON-STRUCTION WORKERS ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Fred B. Greear* for petitioner. *M. E. Boiarsky* for respondents.

No. 140. DOTO *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *William H. Collins* and *Samuel Paige* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 144. DONG WING OTT ET AL. *v.* SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Elmer Fried* for petitioners. *Solicitor General Sobeloff, Assistant At-torney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for respondent.

